**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**TRACY FUENTES**                                                                          **PLAINTIFF**

**VS.**                                         **CIVIL CAUSE NO.3:19-cv-00275-SA-JMV**

**ULTA SALON, COSMETICS,
AND FRANGRANCE, INC.**                                               **DEFENDANT**

---

**ORDER AMENDING CASE MANAGEMENT ORDER**

---

This matter is before the Court on the joint motion of the parties to extend the discovery and dispositive motions deadlines. The Court, having considered the motion, finds that it is well taken and should be GRANTED.

Accordingly, the case management order is amended as follows:

   A.  Discovery shall be completed by November 20, 2020; and

   B.  All Dispositive and Daubert type motions shall be filed by December 18, 2020.

**SO ORDERED** this, Thursday, August 27, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE