IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TRACY FUENTES**                                                                                                 **PLAINTIFF**

**V.**                                                                  **CAUSE NO. 3:19-CV-275-SA-JMV**

**ULTA SALON, COSMETICS, AND FRAGRANCE, INC.**
**d/b/a ULTA BEAUTY**                                                             **DEFENDANT**

## **JUDGMENT**

The Clerk of this Court, noting the filing of the Notice of Acceptance with Offer of Judgment [doc. # 51], and pursuant to Rule 68 (a) of the *Federal Rules of Civil Procedure*, hereby enters judgment against the Defendant, Ulta Salon, Cosmetics, and Fragrance, Inc. in the amount of $38,000.00.

Entered this the 21st day of September, 2020.

                                                                            DAVID CREWS, CLERK

                                                                   By:  s/ Jennifer L. Adams